# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kim Goodman, | : |
| | : Civil Action No.: 1:18-cv-07293 |
| Plaintiff, | : |
| v. | : |
| Bison Recovery Group, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Kim Goodman ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 21, 2019

                Respectfully submitted,

                PLAINTIFF, Kim Goodman

                By: /s/ Sergei Lemberg
                    Sergei Lemberg, Esq.
                    LEMBERG LAW, L.L.C.
                    43 Danbury Road, 3rd Floor
                    Wilton, CT 06897
                    Telephone: (203) 653-2250
                    Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg

                                                  Sergei Lemberg